UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE CARRINGTON,<br><br>Appellant,<br><br>v.<br><br>MICHAEL J. KASEN, DAVID A. KASEN, JENNY R. KASEN, KASEN & KASEN P.C., and FRANCINE S. KASEN,<br><br>Appellees. | 25-CV-1635 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Janice Carrington ("Appellant"), proceeding *pro se*, initiated this matter on February 26, 2025, Dkt. No. 1 ("Notice of Bankruptcy Appeal"), seeking to appeal the dismissal of a New York State Supreme Court Case (Index # 654551/2024) related to a long-running proceeding in bankruptcy court, which was terminated on July 27, 2026.[1] *See Janice Carrington v. Salvatore LaMonica*, No. 20-BR-10034 (LGB) (Bankr. S.D.N.Y.). For the reasons that follow, this case is dismissed for lack of jurisdiction.

On September 24, 2025, the Court ordered Appellant to pay the filing fee or move to proceed *in forma pauperis*. *See* Dkt. No. 2. The Court further ordered Appellant to comply with the procedural requirements set forth by Bankruptcy Rule 8009 and warned that failure to do so within thirty days would result in dismissal. On October 27, 2025, Appellant requested an extension to comply with the September 24, 2025 order, which the Court granted, extending the deadline to November 14, 2025 and reopening the case. *See* Dkt. No. 3. Appellant subsequently filed the summons and complaint from the state court action that she claims was improperly dismissed.

[1] This is one of two identical cases brought by Appellant before this Court. *See In Re Janice Carrington v. Kasen & Kasen P.C. et al.*, No. 25-CV-1628 (RA) (S.D.N.Y.).

A district court only has "jurisdiction to hear appeals . . . from final judgments, orders, and decrees [] of bankruptcy judges," as well as certain interlocutory orders. 28 U.S.C. § 158(a); *see also In re Arfa*, 2015 WL 5610864, at *2 (S.D.N.Y. Sept. 23, 2015). Here, Appellant does not identify any order, judgment, or decree entered by the bankruptcy court from which she seeks to appeal. Instead, Appellant appears to seek review of a dismissal order entered by the New York State Supreme Court.

A federal district court lacks jurisdiction, however, to review state court judgments. *See Hart v. Office of Attorney Gen. – Child Support Div.*, 2024 WL 3696366, at *3 (S.D.N.Y. July 31, 2024) (citing *Dorce v. City of New York*, 2 F.4th 82, 101 (2d Cir. 2021) (district courts are barred from "hearing cases that in effect are appeals from state court judgments, because the Supreme Court [of the United States] is the only federal court with jurisdiction over such cases")). The fact that the state court action may have been related to the bankruptcy proceeding does not confer appellate jurisdiction on this Court. Accordingly, this action must be dismissed for lack of jurisdiction.

The Clerk of Court is hereby respectfully directed to close this case and terminate any pending motions. A copy of this Order should be mailed to Appellant at P.O. Box 358, Valley Forge, PA 19481.

SO ORDERED.

Dated: August 3, 2026 New York, New York

Ronnie Abrams
United States District Judge